UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| HONEY TRANSSHIPPING LITIGATION | ) Hon. Joan B. Gottschall |
| | ) |
| | ) Case No. 13-CV-02905 |
| | ) |

CLASS PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Richard L. Adee doing business as Adee Honey Farms; Bill Rhodes Honey Company, LLC; Hackenberg Apiaries; Edward J. Doan doing business as Doan's Honey Farms; and Wee Bee Honey Inc. (collectively, "Class Plaintiffs"), by their undersigned counsel, including Court-appointed interim class counsel, hereby move, pursuant to Federal Rule of Civil Procedure 23, and upon the authority and for the reasons set forth in Class Plaintiffs' Memorandum of Law in Support filed contemporaneously herewith, for entry of an Order:

1. Preliminarily approving the Class Action Settlement Agreement and Release and all exhibits thereto (the "Settlement Agreement," attached as Exhibit 1 hereto, which, together with the Stipulation and Settlement Agreement By, Between, And Among the General Unsecured Claims Litigation Trustee, Proposed Class Representatives, Producer/Packer Claimants, and the Groeb Parties (the "Bankruptcy Stipulation," attached as Exhibit 2 hereto) constitute the terms of the proposed settlement of this action between Class Plaintiffs, individually and on behalf of the proposed Class, and the Settling Defendants), and entering a Preliminary Approval Order

substantially in the form of the proposed preliminary approval order attached as Exhibit D to the Settlement Agreement;

2. Preliminarily certifying a nationwide class for settlement purposes (the "Settlement Class") as more particularly defined in the Settlement Agreement;

3. Conditionally certifying Class Plaintiffs as class representatives of and appointing Interim Class Counsel as Class Counsel for the Settlement Class;

4. Approving the proposed form and methods of providing notice of the pendency of this action and the settlement to the Settlement Class and directing that notice be provided to the Settlement Class members;

5. Scheduling a Fairness Hearing at which the Court can consider the request for final approval of the settlement and entry of a proposed order and final judgment and setting forth procedures and deadlines related thereto; and

6. Granting such other and further relief as the Court deems just and proper.

**Dated**:  March 5, 2015

Respectfully submitted,

/s/ Adam J. Levitt
Adam J. Levitt (ARDC #6216433)
Edmund S. Aronowitz (ARDC #6304587)
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Tel:  (312) 214-0000
Fax:  (312) 214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

James J. Pizzirusso
Kristen M. Ward
**HAUSFELD, LLP**
1700 K Street N.W. Suite 650
Washington, D.C.  20006

Tel: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeldllp.com
kward@hausfeldllp.com

*Interim Co-Lead Class Counsel and Proposed Class Counsel for Plaintiffs and the Class*

Kenneth B. Bell
**GUNSTER**
215 South Monroe Street, Suite 601
Tallahassee, Florida 32301
Tel: (850) 521-1708
Fax: (850) 776-8377
kbell@gunster.com

Stephen Echsner
E. Samuel Geisler (ARDC# 6305996)
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: (850) 202-1010
Fax: (850) 916-7449
sechsner@awkolaw.com
sgeisler@awkolaw.com

Daniel E. Gustafson
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com

*Additional Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2015, a copy of the foregoing was filed electronically using the Court's CM/ECF system and thereby served on all parties in interest.

Dated: March 5, 2015　　　　　　　　　　/s/ Edmund S. Aronowitz

                                                Edmund S. Aronowitz
                                                **GRANT & EISENHOFER P.A.**
                                                30 North LaSalle Street, Suite 1200
                                                Chicago, Illinois  60602
                                                Tel:  (312) 214-0000
                                                Fax:  (312) 214-0001
                                                earonowitz@gelaw.com