UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| HONEY TRANSSHIPPING LITIGATION | ) Hon. Joan B. Gottschall |
| | ) |
| | ) Case No. 13-CV-02905 |
| | ) |

CLASS PLAINTIFFS' MOTION FOR
LEAVE TO FILE BRIEF EXCEEDING PAGE LIMIT

Plaintiffs Richard L. Adee doing business as Adee Honey Farms; Bill Rhodes Honey Company, LLC; Hackenberg Apiaries; Edward J. Doan doing business as Doan's Honey Farms; and Wee Bee Honey Inc. (collectively, "Class Plaintiffs"), by their undersigned counsel, including Court-appointed interim class counsel, hereby move for leave to file a brief in support of Class Plaintiffs' Motion for Preliminary Approval of Class Action Settlement exceeding the fifteen-page limit set by Northern District of Local Rule 7.1. In support of this motion for leave to exceed the page limit, Class Plaintiffs state as follows:

1. Pursuant to paragraph 71 of the Class Action Settlement Agreement and Release (the "Settlement Agreement") attached as Exhibit 1 to Class Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Motion for Preliminary Approval"), Class Counsel must move for a Preliminary Approval Order within fifteen (15) days of the execution of the Settlement Agreement.

2. The Settlement Agreement was executed February 18, 2015, making the deadline for Class Plaintiffs' motion for a Preliminary Approval Order March 5, 2015.

3. As noted in the Motion for Preliminary Approval, preliminary approval should be granted based upon the authority and for the reasons set forth in Class Plaintiffs' Memorandum of Law in Support thereof (the "Memorandum of Law").

4. In order to fully set forth the authority and reasons supporting the Motion for Preliminary Approval, Class Counsel request leave to file a Memorandum of Law of not more than thirty (30) pages in length, excluding pages for tables of contents, tables of authorities, and signature pages.

5. This request for leave of Court to file a Memorandum of Law exceeding the Local Rule 7.1 page limit is intended to facilitate efficient resolution of the Motion for Preliminary Approval and should not prejudice any of the other parties to this action.

WHEREFORE, Class Plaintiffs respectfully request that this motion for leave to file a brief exceeding the fifteen-page limit set by Northern District of Local Rule 7.1 be granted and that Class Plaintiffs be granted leave to file a Memorandum of Law of not more than thirty (30) pages in length, excluding pages for tables of contents and authorities, in support of the Motion for Preliminary Approval.

**Dated**: March 5, 2015

Respectfully submitted,

/s/ Adam J. Levitt
Adam J. Levitt (ARDC #6216433)
Edmund S. Aronowitz (ARDC #6304587)
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Tel: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

James J. Pizzirusso

Kristen M. Ward
**HAUSFELD, LLP**
1700 K Street N.W. Suite 650
Washington, D.C. 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeldllp.com
kward@hausfeldllp.com

*Interim Co-Lead Class Counsel and Proposed Class Counsel for Plaintiffs and the Class*

Kenneth B. Bell
**GUNSTER**
215 South Monroe Street, Suite 601
Tallahassee, Florida 32301
Tel: (850) 521-1708
Fax: (850) 776-8377
kbell@gunster.com

Stephen Echsner
E. Samuel Geisler (ARDC# 6305996)
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: (850) 202-1010
Fax: (850) 916-7449
sechsner@awkolaw.com
sgeisler@awkolaw.com

Daniel E. Gustafson
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com

*Additional Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2015, a copy of the foregoing was filed electronically using the Court's CM/ECF system and thereby served on all parties in interest.

Dated: March 5, 2015 /s/ Edmund S. Aronowitz

Edmund S. Aronowitz
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Tel:  (312) 214-0000
Fax:  (312) 214-0001
earonowitz@gelaw.com