UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) ) ) | |
| HONEY TRANSHIPPING LITIGATION | ) ) ) ) ) ) ) ) ) | Hon. Joan B. Gottschall<br><br>Case No. 13-CV-02905 |

**CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF EXCEEDING PAGE LIMIT IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS**

Plaintiffs Richard L. Adee doing business as Adee Honey Farms; Bill Rhodes Honey Company, LLC; Hackenberg Apiaries; Edward J. Doan doing business as Doan's Honey Farms; and Wee Bee Honey Inc. (collectively, "Class Plaintiffs"), by their undersigned counsel, hereby move for leave to file a brief in support of Class Plaintiffs' Motion for Preliminary Approval of Class Action Settlements (the "Motion for Preliminary Approval") exceeding the fifteen-page limit set by Northern District of Illinois Local Rule 7.1. In support of this motion for leave to exceed the page limit, Class Plaintiffs state as follows:

1. Pursuant to the minute entry entered by the Honorable Mary M. Rowland (ECF 483), Class Plaintiffs' Motion for Preliminary Approval should be filed by May 20, 2016.

2. As noted in the Motion for Preliminary Approval, preliminary approval of the Class Action Settlements should be granted upon the authority and for the reasons set forth in Class Plaintiffs' Memorandum of Law in Support (the "Memorandum of Law") filed contemporaneously therewith.

3. In order to fully set forth the authority and reasons supporting Class Plaintiffs' Motion for Preliminary Approval of Class Action Settlements, Class Plaintiffs request leave to file a Memorandum of Law of not more than thirty (30) pages in length, excluding pages for tables of contents, tables of authorities, a cover page, and signature pages.

4. This request for leave of Court to file a Memorandum of Law exceeding the Local Rule 7.1 page limit is intended to facilitate efficient resolution of the Motion for Preliminary Approval and should not prejudice any of the other parties to this action.

WHEREFORE, Class Plaintiffs respectfully request that this motion for leave to file a brief exceeding the fifteen-page limit set by Northern District of Local Rule 7.1 be granted and that Class Plaintiffs be granted leave to a Memorandum of Law of not more than thirty (30) pages in length, excluding pages for tables of contents, tables of authorities, a cover page, and signature pages, in support of the Motion for Preliminary Approval.

**Dated**: May 20, 2016

Respectfully submitted,

/s/ *Adam J. Levitt*

Adam J. Levitt (ARDC #6216433)
Edmund S. Aronowitz (ARDC #6304587)
**GRANT & EISENHOFER, P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
Email: alevitt@gelaw.com
Email: earonowitz@gelaw.com

James J. Pizzirusso (admitted *pro hac vice*)
Kristen M. Ward (admitted *pro hac vice*)
**HAUSFELD, LLP**
1700 K Street N.W. Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200

        Facsimile: (202) 540-7201
        Email: jpizzirusso@hausfeldllp.com
        Email: kward@hausfeldllp.com

***Co-Lead Class Counsel***

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2016, a copy of the foregoing was filed electronically using the Court's CM/ECF system.

                                                      /s/ *Edmund S. Aronowitz*
                                                      Edmund S. Aronowitz