UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| HONEY TRANSHIPPING LITIGATION ) | Hon. Joan B. Gottschall |
| ) | |
| ) | Case No. 13-CV-02905 |
| ) | |
| ) | |
| ) | |
| ) | |

**CLASS PLAINTIFFS' MOTION FOR
LEAVE TO FILE BRIEF EXCEEDING PAGE LIMIT**

Plaintiffs Richard L. Adee doing business as Adee Honey Farms; Bill Rhodes Honey Company, LLC; Hackenberg Apiaries; Edward J. Doan doing business as Doan's Honey Farms; and Wee Bee Honey Inc. (collectively, "Class Plaintiffs"), by their undersigned counsel, including Court-appointed Class Counsel, hereby move for leave to file a brief in support of Class Plaintiffs' Motion for an Award of Attorneys' Fees, Expenses, and Incentive Awards exceeding the fifteen-page limit set by Northern District of Local Rule 7.1. In support of this motion for leave to exceed the page limit, Class Plaintiffs state as follows:

1. In order to fully set forth the authority and reasons supporting the Motion for Attorneys' Fees, Expenses, and Incentive Awards, Class Counsel request leave to file a Memorandum of Law of not more than eighteen (18) pages in length, excluding pages for tables of contents, tables of authorities, signature pages, and exhibits.

2. This request for leave of Court to file a Memorandum of Law exceeding the Local Rule 7.1 page limit is intended to facilitate efficient resolution of the Motion and should not prejudice any of the other parties to this action.

WHEREFORE, Class Plaintiffs respectfully request that this motion for leave to file a brief exceeding the fifteen-page limit set by Northern District of Local Rule 7.1 be granted and that Class Plaintiffs be granted leave to file a Memorandum of Law of not more than eighteen (18) pages in length, excluding pages for tables of contents and authorities, signature pages, and exhibits, in support of the Motion for an Award of Fees, Expenses, and Incentive Awards.

Dated: July 29, 2016            Respectfully submitted,

/s/ Adam J. Levitt_____
Adam J. Levitt (ARDC #6216433)
Edmund S. Aronowitz (ARDC #6304587)
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Tel: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

James J. Pizzirusso
Kristen M. Ward
Sarah R. LaFreniere
**HAUSFELD, LLP**
1700 K Street N.W. Suite 650
Washington, D.C. 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeldllp.com
kward@hausfeldllp.com
slafreniere@hausfeldllp.com

*Class Counsel for Plaintiffs and the Settlement Class*

Kenneth B. Bell
**GUNSTER**
215 South Monroe Street, Suite 601
Tallahassee, Florida 32301
Tel: (850) 521-1708
Fax: (850) 776-8377
kbell@gunster.com

Stephen Echsner

2

E. Samuel Geisler (ARDC# 6305996)
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: (850) 202-1010
Fax: (850) 916-7449
sechsner@awkolaw.com
sgeisler@awkolaw.com

Daniel E. Gustafson
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com

*Additional Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 29, 2016, a copy of the foregoing document was filed electronically using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By: /s/ Edmund S. Aronowitz  
Edmund S. Aronowitz
