UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE<br><br>HONEY TRANSHIPPING LITIGATION | )<br>)<br>)<br>) Hon. Joan B. Gottschall<br>)<br>)<br>) Case No. 13-CV-02905<br>)<br>)<br>)<br>) |

**CLASS PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
EXPENSES, AND INCENTIVE AWARDS**

Plaintiffs Richard L. Adee doing business as Adee Honey Farms; Bill Rhodes Honey Company, LLC; Hackenberg Apiaries; Edward J. Doan doing business as Doan's Honey Farms; and Wee Bee Honey Inc. (collectively, "Class Plaintiffs"), by their undersigned counsel, including Court-appointed Class Counsel, hereby move, pursuant to Federal Rule of Civil Procedure 23(h) and 54(d), and upon the authority and for the reasons set forth in Class Plaintiffs' Memorandum of Law in Support filed contemporaneously herewith, for entry of an Order awarding a total distribution, following Final Approval, of $278,829.04 from the Settlement Fund for partial payment of Class Counsel's attorneys' fees and expenses in the amount of $262,782.96, payment of settlement administration costs in the amount of $10,700, and payment of incentive awards to each of the five named plaintiffs in the amount of $1,000 each for a total incentive awards distribution of $5,000. Class Plaintiffs further request that the Court grant all such other and further relief that the Court deems just in proper in connection with this motion.

1

Dated: July 29, 2016

Respectfully submitted,

/s/ Adam J. Levitt_____
Adam J. Levitt (ARDC #6216433)
Edmund S. Aronowitz (ARDC #6304587)
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Tel: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

James J. Pizzirusso
Kristen M. Ward
Sarah R. LaFreniere
**HAUSFELD, LLP**
1700 K Street N.W. Suite 650
Washington, D.C. 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeldllp.com
kward@hausfeldllp.com
slafreniere@hausfeldllp.com

*Class Counsel for Plaintiffs and the Settlement Class*

Kenneth B. Bell
**GUNSTER**
215 South Monroe Street, Suite 601
Tallahassee, Florida 32301
Tel: (850) 521-1708
Fax: (850) 776-8377
kbell@gunster.com

Stephen Echsner
E. Samuel Geisler (ARDC# 6305996)
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: (850) 202-1010
Fax: (850) 916-7449
sechsner@awkolaw.com
sgeisler@awkolaw.com

Daniel E. Gustafson

**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com

*Additional Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 29, 2016, a copy of the foregoing document was filed electronically using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


            By: /s/ Edmund S. Aronowitz
              Edmund S. Aronowitz