UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE<br><br>HONEY TRANSSHIPPING LITIGATION | )<br>)<br>)<br>) Hon. Joan B. Gottschall<br>)<br>)<br>) Case No. 13-CV-02905<br>)<br>)<br>)<br>) |

**ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND EXPENSES**

Upon consideration of Plaintiffs Richard L. Adee doing business as Adee Honey Farms; Bill Rhodes Honey Company, LLC; Hackenberg Apiaries; Edward J. Doan doing business as Doan's Honey Farms; and Wee Bee Honey Inc. (collectively, "Class Plaintiffs") Motion for entry of an Order awarding a total distribution, following Final Approval, of $278,829.04 from the Settlement Fund for partial payment of Class Counsel's attorneys' fees and expenses in the amount of $262,782.96, payment of settlement administration costs in the amount of $10,700, and payment of incentive awards to each of the five named plaintiffs in the amount of $1,000 each for a total incentive awards distribution of $5,000, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. Class Plaintiffs Motion is **GRANTED**.

2. The Court has reviewed Class Plaintiffs' Motion for Attorneys' Fees and Expenses, together with the exhibits, memoranda of law, and other materials submitted in support of that motion. The Court recognizes that Settling Defendants have not opposed an award of attorneys' fees and incentive awards.

3. On the basis of its review of the foregoing, the Court finds that Class Counsel's request for attorneys' fees and expenses is fair, reasonable, and appropriate and hereby awards fees and expenses to Class Counsel.

4. The Court orders a distribution from the Settlement Fund in the aggregate amount of $278,829.04 for payment of an award of attorneys' fees and expenses in the amount of $262,782.96 to Class Counsel, payment of settlement administration costs in the amount of $10,700 to the Settlement Administrator, and payment of incentive awards of $1,000 to each of the five named plaintiffs for a total incentive awards distribution of $5,000. The Court orders that this distribution take place pursuant to the terms of the Settlement Agreements or no later than August 31, 2017, whichever comes first.

**SO ORDERED** this _10th_ day of _Nov_ 2016.

_____
HONORABLE JOAN B. GOTTSCHALL
UNITED STATES DISTRICT JUDGE